**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1552**

CEDRICK EURON DRAPER,

               Plaintiff - Appellant,

     v.

VICTOR S. SKAFF, III, a/k/a Dinny,

               Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:18-cv-00159-MFU)

**No. 18-1553**

CEDRICK EURON DRAPER,

               Plaintiff - Appellant,

     v.

PINKERTON CHEVROLET - LYNCHBURG, INC.,

               Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, Senior District Judge.  (6:18-cv-00049-NKM)

Submitted:  September 17, 2018                    Decided:  September 28, 2018

_____

Before AGEE and FLOYD, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Cedrick Euron Draper, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In No. 18-1552, Cedric Euron Draper appeals the dismissal of his action alleging breach of contract for want of subject matter jurisdiction. In No. 18-1553, he appeals the dismissal of his action alleging age and sex discrimination as frivolous and for failure to state a claim. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district courts. *Draper v. Skaff*, No. 7:18-cv-00159-MFU (W.D. Va. Apr. 17, 2018); *Draper v. Pinkerton Chevrolet*, No. 6:18-cv-00049-NKM (W.D. Va. Apr. 12, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
